IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SIRGREGORY P. JACKSON | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CV-411-Y |
| | § | |
| THE STATE OF TEXAS, ET AL. | § | |

<u>FINAL JUDGMENT</u>

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne by Plaintiff.

SIGNED May 29, 2024.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE